GAS 245D    (Rev. 04/23) Judgment in a Criminal Case for Revocations

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
24 MAR -1 PM 1:22
CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Anthony Habersham | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:    1:18CR00078-1<br><br>USM Number:    22881-021<br><br>Andrew Marshall Magruder<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | February 24, 2023 |

See page 2 for additional violations

   The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s), _____, and is discharged as to such violation(s).

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec No.:  2974

February 29, 2024
Date of Imposition of Judgment

_Signature of Judge_

Defendant's Year of Birth: 1964

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

City and State of Defendant's Residence:

Augusta, Georgia

3/1/2024
Date

DEFENDANT:     Anthony Habersham
CASE NUMBER:   1:18CR00078-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | March 22, 2023 |
| 3 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | May 3, 2023 |
| 4 | You failed to refrain from any unlawful use of a controlled substance (mandatory condition). | July 20, 2023 |
| 5 | You failed to participate in a program of treatment for drug and alcohol abuse as directed by the Court (special condition). | October 6, 2023 |
| 6 | You failed to participate in a program of treatment for drug and alcohol abuse as directed by the Court (special condition). | December 21, 2023 |

GAS 245D    Judgment in a Criminal Case for Revocations                                              Judgment — Page 3 of 3

DEFENDANT:       Anthony Habersham
CASE NUMBER:     1:18CR00078-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>time served, with no supervision to follow.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL